UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mwati McKenzie,

       Plaintiff,                 Civil No. 08-164 (RHK/FLN)

vs.                             **DISQUALIFICATION AND
                                   ORDER FOR REASSIGNMENT**

Joan Fabian, et al.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  January 24, 2008

                                             s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge