UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mwati McKenzie,                                      Civil No. 08-164 (PAM/JSM)

                Plaintiff,

v.                                                                        **ORDER**

Joan Fabian, Commissioner
of Corrections, Lynn Dingle,
Chief Corrections Officer,
Erik Skon, Deputy Assistant
Commissioner,

                Defendants.

---

This matter is before the Court on the Plaintiff's request for an extension of time in which to file objections to the Report and Recommendation ("R&R") of Magistrate Judge Janie S. Mayeron dated November 21, 2008. Plaintiff contends that he is in segregation and has limited access to legal materials.

Plaintiff has established good cause for an extension. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for an extension of time to file objections is **GRANTED**; and

2. Plaintiff shall file any objections to the R&R by January 12, 2009.

Dated: <u>Wednesday, December 3, 2008</u>

                                                         <u>*s/ Paul A. Magnuson*</u>
                                                         Paul A. Magnuson
                                                         United States District Court Judge